**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
HOTEL, RESTAURANT & CLUB EMPLOYEES
AND BARTENDERS UNION, LOCAL 6,
                        Petitioner,

        -against-                                              22 **CIVIL** 2443 (CM)

## **JUDGMENT**

PRINCETON CLUB OF NEW YORK,
                        Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 8, 2022, the parties having stipulated that there will be no opposition to the Petition to Confirm the arbitration award, the award is hereby CONFIRMED; accordingly, the case is closed.

**Dated:** New York, New York
          July 8, 2022

                                                                       **RUBY J. KRAJICK**
                                                                         **Clerk of Court**
                                       **BY:**   *K. Mango*
                                                                          **Deputy Clerk**